IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON, #131 165, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:13-CV-546-WHA |
| | ) [WO] |
| MONTGOMERY POLICE DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the motion to compel filed by Plaintiff on July 30, 2013 *(Doc. No. 3)*, wherein he requests that jail officials be ordered to sign and return his request for leave to proceed *in forma pauperis*, including financial status, and in light of the request for leave to proceed *in forma pauperis* filed by Plaintiff on July 31, 2013 *(Doc. No. 4)*, and for good cause, it is

ORDERED that the motion to compel (*Doc. No. 3*) is DENIED.

Done, this 2nd day of August 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE