IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON, #131 165, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:13cv546-WHA |
| MONTGOMERY POLICE DEPARTMENT, et al., | ) (WO) |
| Defendants. | ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED without prejudice.

DONE this 28th day of October, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE